UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                      <u>ORDER</u>

  -against-                                  13-MJ-280

GERSHON BARKANY,

               Defendant.
-----------------------------------------------------------X

        Upon application of Bruce A. Barket, counsel for the Defendant, it is hereby ordered that the Defendant Gershon Barkany be provided with meals in accordance with the Jewish Kosher dietary laws, as well as in accordance with the restrictions of the Jewish holiday of Passover. Passover foods ~~must~~ *are to* be provided through Tuesday evening, April 2nd, and must be certified "Kosher for Passover". ~~All foods outside of Passover must be prepackaged and certified "Kosher" with the exception of fresh fruits and vegetables.~~

Dated: New York, New York
         March 28, 2013

                                                      SO ORDERED:

                                                      A. KATHLEEN TOMLINSON