**BEFORE:** A. Kathleen Tomlinson, USMJ    **DATE:** 3/28/2013    **TIME START:** 3:32 p.m. (28 minutes)

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET #:** MJ-13-280-AKT      **CAPTION:** USA v. Barkany

**DEFENDANT:** Gershon Barkany    Deft. #1      **COUNSEL:** Bruce Barket
_X_ Present    ___ Not Present    _X_ In custody    ___ Bail      ___ CJA   _X_ Retained   ___ Federal Defenders

**FTR:** 3:32-4:00

**GOVERNMENT:** Christopher Caffarone      **COURT REPORTER:** N/A

**INTERPRETER:** N/A (affirms) - Language- ___

**COURTROOM DEPUTY:** Mary Ryan      **PRETRIAL REPORT PREPARED BY:** Marnie Gerardino
     ___ present    _X_ not present

- _X_ Case called.
- _X_ Defendant arraigned on the Complaint.
- _X_ Defendants initial appearance.
- _X_ Defendant waives preliminary hearing. Waiver of Preliminary Hearing executed.
- ___ Speedy Trial Order Information:    Code Type: _X-_
       Start Date: __XSTART__
       Stop Date: __XSTOP__
- ___ Waiver of Speedy Indictment executed: Time excluded from ___ through ___
- ___ Order Setting Conditions of Release and Bond executed for defendants.
- ___ Bail set for: See bond for details.
- ___ Temporary Order of Detention entered for defendant (s):
  Pursuant to 18 U.S.C. § 3142(f)(2), A temporary Order of Detention may be continued for up to:
       (a) three (3) days upon the Government's motion; or
       (b) five (5) days upon the Defendant's motion.
       (*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)
- _X_ Bail Hearing scheduled for: 4/5/2013 at 10:00 a.m.
- _X_ Permanent Order of Detention entered for defendant.
- ___ Rule 40 Hearing held.
- ___ Removal Hearing scheduled for: ___
- ___ Status Conference set for : ___ at ___ a.m./p.m. before District Judge ___ .
- ___ Defendants released on Bond.
- _X_ Defendant remains in custody.

**OTHER:** Mr. Barket makes application to have jail supply Kosher meals to defendant while incarcerated. Mr. Barket to submit a proposed order for Court's signature re: same.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2013 ★
LONG ISLAND OFFICE