# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) ) ) ) ) | |
| v. | | |
| Gershon Barkany | | Case No. MJ-13-280-AKT |
| *Defendant* | | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2013 ★
LONG ISLAND OFFICE

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Mar 28, 2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bruce Barket
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

516-745-1500
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*