# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| | |
| Hon. Elaine Jackson Stack | Aida F. Leisenring |
| Of Counsel | |

April 8, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

        Re:    United States v. Gershon Barkany
                 Docket No.: 13-MJ-280

Dear Judge Tomlinson:

     Enclosed please find additional letters from Mr. Barkany's family to be included in the Bail Application.

                              Respectfully submitted,

                              BARKET MARION EPSTEIN & KEARON, LLP


                      By:      /s/ Bruce A. Barket
                            Bruce A. Barket


cc:    Christopher Caffarone (via ECF)

JOEL C. GOLDBERG
16 Bedford Court
Spring Valley, NY 10977

April 8, 2013

Honorable Judge Tomlinson:

I write to you as a Brother-in-Law of Gershon Barkany. I have known him since he is three yrs old, and we have grown very close over the years. He has always been one that anyone in the family or community can count on in a time of need. Amongst his many attributes, he is not one to walk away from any situation he finds himself in. He no doubt will be resolute in appearing and defending his innocence at trial, and will fully abide by the rules of his release.

Kindly grant his bail request, so that he can be reunited with his dear wife and young daughter who miss him so much. Needless to say, his incarceration has also taken its toll on his elderly parents, who worry constantly about him.

Your understanding and compassion will be much appreciated.

Sincerely,

Joel C. Goldberg

From The Desk of

**RABBI MORDECHAI BARKANY**

April 8, 2013

Dear Hon. Judge Tomlinson:

As the oldest brother of Gershon Barkany, I write to your honor, to kindly show your consideration by granting his bail request. In all the years I know him, through success and failure, Gershon is always there and never fails to work things out. I therefore truly believe he will honor the terms of his bail in full.

His little daughter, pregnant wife, our dear parents, and all his siblings miss him immensely and eagerly await his return home. Kindly grant him that privilege.

Sincerely

*[signature]*

Rabbi Mordechai Barkany

Steve Neuman
16 Youmans Dr.
Spring Valley NY 10977

April 8, 2013

To Whom It May Concern

This letter is in regard to the request to grant bail for Gershon Barkany. My name is Steve Neuman, I am a brother in law of Gershon

I am concerned for his welfare and the welfare of his wife and child which he has at home.

I therefore am requesting that whomever is involved in granting bail, have compassion towards his family when reviewing this case

Yours sincerely

Steve Neuman

April 8, 2013

Honorable Judge Tomlinson

My name is Aaron Barkany.

I am writing to you on behalf of my dear youngest brother Gershon Barkany.

I beg your Honor, please show compassion and grant Gershon the opportunity to return to his family and properly prepare to deal with his allegations.

Gershon has told me that he's only living for his family, his pregnant wife and dear daughter. This is what gives him the strength to deal with the personal issues he's currently striving to overcome.

I am humbly asking from the depths of my soul that his Honor will have mercy on my parents, family and wonderful devoted wife and grant my brother Gershon the best possible opportunity to face his allegations and defend himself in the best way possible.

May God grant your Honor much success and good health.

Sincerly,
Aaron Barkany