**BEFORE:** A. Kathleen Tomlinson, USMJ   **DATE:** 4-9-2013   **TIME START:** 11:31- a.m. (1 hour 8 minutes).

## CRIMINAL CAUSE FOR BAIL HEARING

**DOCKET #:** MJ-13-280-AKT   **CAPTION:** USA -v. Barkany

**DEFENDANT:** Gershon Barkany #1   **COUNSEL:** Bruce A. Barket
X Present ___ Not Present  X In custody ___ Bail   ___ CJA  X Retained ___ Federal Defenders

**GOVERNMENT:** Christopher Caffarone   **INTERPRETER:** N/A  **Language:** ___

**COURT REPORTER:** _____   **PRETRIAL:** Robert Stehle-present

**FTR:** 11:31-12:39   **COURTROOM DEPUTY:** Mary Ryan

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 9 2013 ★
LONG ISLAND OFFICE

- **X** Case called.
- **X** Defendant appears with counsel.
- ___ Waiver of Speedy Indictment executed:   Time excluded from ___
- ___ Preliminary Hearing Scheduled for: _____ At _____ before _____

  Pursuant to Rule 5 of the Federal Rules of Criminal Procedure:
  (1) If the defendant is in custody, the Preliminary Hearing must be scheduled within ten (10) days of today's date.
  (*Exclude* today's date, and any Saturdays, Sundays, or legal holidays in this computation)
  (2) If the defendant is not in custody, the Preliminary Hearing must be scheduled within twenty (20) days of today's date. (*Exclude* today's date, but include Saturdays, sundays, or legal holidays in this computation).

- ___ Preliminary Hearing Waived.
- ___ Temporary Order of Detention entered for defendant (s): _____

  Pursuant to 18 U.S.C. § 3142(f)(2), A temporary Order of Detention may be continued for up to:
  (a) three (3) days upon the Government's motion; or
  (b) five (5) days upon the Defendant's motion.
  (*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)

- **X** Bail Hearing held.
- **X** Bail application GRANTED.
- **X** Order Setting Conditions of Release and Bond entered. See bond for details of release.
- ___ Permanent Order of Detention entered for defendant.
- ___ Rule 40 Hearing held.
- ___ Removal Hearing scheduled for: _____
- ___ Next court appearance set for: _____ @ _____ before the Duty Magistrate.
  (Subject to the schedule of the duty magistrate)
- **X** Defendant released on Bond.
- ___ Defendant remains in custody.

**OTHER** Passport to be turned over to Pretrial Services today.   Fourth surety to sign bond in Maryland by 4/22/2013. AUSA to oversee.