BEFORE: WILLIAM D. WALL                             DATE: 4/17/13
UNITED STATES MAGISTRATE JUDGE                      TIME: 2:30 p.m.

## CRIMINAL CAUSE FOR Waiver

**DOCKET No. MJ 13-280**

**DEFENDANT:** GARSHON BARKANY          DEF. #
✔ Present   ❏ Not Present   ❏ Custody   ✔ Bail

**DEFENSE COUNSEL**: Bruce Barket
❏ Federal Defender   ❏ CJA   ✔ Retained

**A.U.S.A.**: Chris Caffarone

INTERPRETER:  na ()

PROBATION OFFICER/PRETRIAL: _____

FTR LOG :   2:42 - 2:43      MAGISTRATE DEPUTY:  S. Disbrow

✔ Case called   ✔ Counsel for all sides present

❏ Removal Proceeding. Other District: _____

❏ Initial Appearance and Arraignment

Preliminary Hearing:   ❏ Waived;   ❏ Set for _____.

✔ Waiver of Speedy Indictment executed; time excluded from  4/17/13  through  6/17/13

❏ Order Setting Conditions of Release and Bond entered.

❏ Permanent Order of Detention entered.

❏ Temporary Order of Detention entered.

   ❏ Detention Hearing scheduled for: _____

❏ Bail Hearing held. Disposition: _____

❏ Next Court appearance scheduled for _____

Defendant ✔ Continued release on Bond;   ❏ Remains in Custody.

OTHER: _____