UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

Gershon Barkany
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2013 ★
LONG ISLAND OFFICE

APPLICATION AND ORDER
OF EXCLUDABLE DELAY

Case No. MJ 13-280

The United States of America and the defendant hereby jointly request that the time period from 4/17/13 to 6/17/13 be excluded from the computation of the time period within which

(X) an information or indictment must be filed, or (XW)
( ) trial of the charges against the defendant must commence. (XC).

The parties seek the exclusion of the foregoing period because

(X) they are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and they require an exclusion of time in order to focus efforts on plea negations without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial,
( ) they need additional time to prepare for trial due to the complexity of the case,
( ) _____

_____          _____
Counsel for Defendant                      For U.S. Attorney, E.D.N.Y.

*For defendant to read, review with counsel, and acknowledge:*

I understand that federal law generally provides that I have a right to formal charges lodged against me within thirty days of my arrest and a right to trial on those charges within seventy days after formal charges have been lodged. I further understand that I do not have to consent to the exclusion of time sought in this application and that, by consenting to entry of this order, the date on which formal charges must be lodged will be delayed and the date for the commencement of any trial on those chargers will likely be delayed as well. I also understand that if formal charges are not brought against me within the time required by law, I may seek relief from the court, and that this relief might include dismissal of the complaint now pending against me.

I have reviewed this application, as well as the order annexed below, and have discussed the question of whether I should consent to entry of an order of excludable delay carefully with my attorney. I consent to the entry of the order voluntarily and of my own free will. I have not been threatened or coerced for my consent.

4/17/13                                    _____
Date                                         Defendant

*For Defendant's Counsel to read and acknowledge:*

    I certify that I have reviewed this application and the attached order carefully with my client. I further certify that I have discussed with my client a defendant's right to speedy trial/speedy filing of information or indictment and the question of whether to consent to entry of an order of excludable delay. I am satisfied that my client understands the consents of this application and the attached order, that my client consents to the entry of the order voluntarily and of his or her own free will, and that my client has not been threatened or coerced for consent.

_____
Counsel for Defendant


## ORDER OF EXCLUDABLE DELAY

    Upon the joint application of the United States of America and defendant _____, and with the express written consent of the defendant, the time period from **4/17/13** to **6/17/13** is hereby excluded in computing the time within which an information or indictment must be filed, or a trial of the charges against defendant must commence, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because

(✓) given the reasonable likelihood that ongoing plea negotiations will result in a disposition of this case without trial, the exclusion of time will allow all counsel to focus their efforts on plea negations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

( ) additional time is needed to prepare for trial due to the complexity of case.

( ) _____

SO ORDERED.

Dated:  Central Islip, New York
       April 17, 2013

_____
United States Magistrate Judge