# Barket, Marion, Epstein & Kearon, LLP
Attorneys at Law
666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530
[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| | |
| Hon. Elaine Jackson Stack | Aida F. Leisenring |
| Of Counsel | |

April 22, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

      Re:  United States v. Gershon Barkany
          Docket No.: 13-MJ-280

Dear Judge Tomlinson:

  I am writing, with the consent of AUSA Christopher Caffarone, to request a ten (10) day extension of today's deadline for the final surety to sign the bond in Maryland. The reason for this request is because Maryland District Court will not do the inquiry. In addition, with the consent of AUSA Christopher Caffarone, I am requesting the Courts permission to have the Maryland surety sign the bond and statement acknowledging the advisory that he would be given in open court in the presence of a Notary Public in Maryland.

            Respectfully submitted,

            BARKET MARION EPSTEIN & KEARON, LLP


         By:  /s/ Bruce A. Barket
            Bruce A. Barket

cc:  Christopher Caffarone (via ECF)