# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| | |
| Hon. Elaine Jackson Stack | Aida F. Leisenring |
| Of Counsel | |

May 7, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

      Re:  United States v. Gershon Barkany
          Docket No.: 13-MJ-280

Dear Judge Tomlinson:

  I am writing to request that Gershon Barkany be permitted to travel to my office for legal visits without having to obtain prior approval from pretrial services location monitoring unit. The current restrictions prevent us from being able to meet with Mr. Barkany without 48 hour advance notice of the scheduled meeting. Unfortunately, I am not always able to schedule meetings 48 hours in advance. I often have to make last minute changes to my schedule as a result of the demands on my time, be it from courts, new clients, or litigation, the length of which is often difficult to predict. I have contacted AUSA Christopher Caffarone who has no objection to this request. If this request is approved, our office will notify the pretrial services location monitoring unit of any meetings as they are scheduled.

  Thank you in advance for your time and consideration.

              BARKET, MARION, EPSTEIN & KEARON, LLP

            By:  /s/  Bruce A. Barket
               Bruce A. Barket, Esq.
               666 Old Country Road, 7th Floor
               Garden City, NY 11530
               (516) 745-1500

cc:  AUSA Christopher Caffarone (via ECF)
    Christina M. Bourque (electronic mail)