# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| | |
| Hon. Elaine Jackson Stack | Aida F. Leisenring |
| Of Counsel | |

May 9, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

        Re:    United States v. Gershon Barkany
                 Docket No.: 13-MJ-280

Dear Judge Tomlinson:

      Based on the Court's response to our previous request, I am writing to amend the dates of our request for Mr. Barkany to go to his office, located at 77 Spruce Street, 3rd Floor, Cedarhurst, New York 11516, in order to vacate the premises. The new requested dates are as follows:

      Sunday, May 12, 2013 - 10:00am to 5:00pm
      Monday, May 13, 2013 – 11:30am to 4:30pm
      Tuesday, May 14, 2013 – 8:00am to 11:00am

Thank you in advance for your time and consideration.

                    BARKET, MARION, EPSTEIN & KEARON, LLP

                    By:    /s/    Bruce A. Barket
                         Bruce A. Barket, Esq.
                         666 Old Country Road, 7th Floor
                         Garden City, NY 11530
                         (516) 745-1500

cc:    AUSA Christopher Caffarone (via ECF)
       Christina M. Bourque – (via facsimile (631) 712-6430)