# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law
666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530
[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket
Amy B. Marion

Steven B. Epstein
Kevin T. Kearon

Hon. Elaine Jackson Stack
Of Counsel

Aida F. Leisenring

May 3, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

        Re:    United States v. Gershon Barkany
               Docket No.: 13-MJ-280

Dear Judge Tomlinson:

      I am writing to request permission for our client Gershon Barkany to spend the upcoming religious holiday of Shavuos and the subsequent Sabbath at the home of his in-laws, who are sureties on his bond, at 14 Sands Point Road, Monsey, New York 10952. The holiday begins at sundown (approximately 8:00 p.m.) on Tuesday, May 14, 2013, and ends on Thursday, May 16, 2013, approximately 90 minutes after sundown (approximately 9:30 p.m.). Mr. Barkany would be leaving his home at 12:30pm on Tuesday, May 14, 2013, and returning on Sunday, May 19, 2013, before 6:00pm.

      The reason that Mr. Barkany is requesting to spend the holiday at his in-laws' home and stay through the weekend is due to the sizable preparation necessary prior to Shavous and then again prior to the Sabbath. In consideration of his wife's difficult pregnancy, it would be very difficult if not impossible for them to prepare for Shavous and Friday night's Sabbath alone in their home. Of course, he and his wife also want to spend the holiday and the Sabbath with their family and their home is not large enough to accommodate the family that will be present for the holiday.

      Mr. Barkany would not be leaving the house for any reason other than to attend religious services and he will be able to stay in contact with pretrial through a landline telephone at times when he is able to use the phone in accordance with Jewish custom.

      Separately, Mr. Barkany requests the Court's permission to go to his office, located at 77 Spruce Street, 3rd Floor, Cedarhurst, New York 11516, Tuesday and Wednesday, May 7 and 8, 8:00 a.m. to 5:00 p.m., in order to vacate the premises. He has been evicted and has to clean

out the office.

    I have contacted AUSA Christopher Caffarone regarding the requests. Mr. Caffarone consents to Mr. Barkany going to his office in order to clean it and vacate the premises. He takes no position on the request for the religious holiday. I also spoke with PSO Christina Bourque who also takes no position on either request.

    Thank you in advance for your time and consideration.

                              BARKET, MARION, EPSTEIN & KEARON, LLP

                    By:     /s/   Bruce A. Barket
                            Bruce A. Barket, Esq.
                            666 Old Country Road, 7th Floor
                            Garden City, NY 11530
                            (516) 745-1500

cc:    AUSA Christopher Caffarone (via ECF)
       Christina M. Bourque – (via facsimile (631) 712-6430)

*Application GRANTED.*

**SO ORDERED**

/s/ *[signature]*
A. Kathleen Tomlinson
United States Magistrate Judge

Date: May 9, 2013
Central Islip, N.Y.