# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket  
Amy B. Marion

Steven B. Epstein  
Kevin T. Kearon

Hon. Elaine Jackson Stack  
Of Counsel

Aida F. Leisenring

May 7, 2013

*Application GRANTED*  
**SO ORDERED**  
A. Kathleen Tomlinson  
United States Magistrate Judge  
Date: May 9, 2013  
Central Islip, N.Y.

**via ELECTRONIC FILING**  
Magistrate Judge A. Kathleen Tomlinson  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, N.Y. 11722

Re: United States v. Gershon Barkany  
Docket No.: 13-MJ-280

Dear Judge Tomlinson:

I am writing to request that Gershon Barkany be permitted to travel to my office for legal visits without having to obtain prior approval from pretrial services location monitoring unit. The current restrictions prevent us from being able to meet with Mr. Barkany without 48 hour advance notice of the scheduled meeting. Unfortunately, I am not always able to schedule meetings 48 hours in advance. I often have to make last minute changes to my schedule as a result of the demands on my time, be it from courts, new clients, or litigation, the length of which is often difficult to predict. I have contacted AUSA Christopher Caffarone who has no objection to this request. If this request is approved, our office will notify the pretrial services location monitoring unit of any meetings as they are scheduled.

Thank you in advance for your time and consideration.

BARKET, MARION, EPSTEIN & KEARON, LLP

By: /s/ Bruce A. Barket  
Bruce A. Barket, Esq.  
666 Old Country Road, 7th Floor  
Garden City, NY 11530  
(516) 745-1500

cc: AUSA Christopher Caffarone (via ECF)  
Christina M. Bourque (electronic mail)