# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket                                                                 Steven B. Epstein
Amy B. Marion                                                                   Kevin T. Kearon

Hon. Elaine Jackson Stack                                                       Aida F. Leisenring
Of Counsel

May 9, 2013

*Application GRANTED*
**SO ORDERED**

/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: May 9, 2013
Central Islip, N.Y.

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re:  United States v. Gershon Barkany
     Docket No.: 13-MJ-280

Dear Judge Tomlinson:

Based on the Court's response to our previous request, I am writing to amend the dates of our request for Mr. Barkany to go to his office, located at 77 Spruce Street, 3rd Floor, Cedarhurst, New York 11516, in order to vacate the premises. The new requested dates are as follows:

Sunday, May 12, 2013 - 10:00am to 5:00pm
Monday, May 13, 2013 – 11:30am to 4:30pm
Tuesday, May 14, 2013 – 8:00am to 11:00am

Thank you in advance for your time and consideration.

BARKET, MARION, EPSTEIN & KEARON, LLP

By:   /s/   Bruce A. Barket
      Bruce A. Barket, Esq.
      666 Old Country Road, 7th Floor
      Garden City, NY 11530
      (516) 745-1500

cc:   AUSA Christopher Caffarone (via ECF)
      Christina M. Bourque – (via facsimile (631) 712-6430)