# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530

[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| | |
| Hon. Elaine Jackson Stack | Aida F. Leisenring |
| Of Counsel | |

May 20, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

        Re:    United States v. Gershon Barkany
                 Docket No.: 13-MJ-280

Dear Judge Tomlinson:

    I am writing on behalf of Mr. Barkany to request the Court's permission to go to his office, located at 77 Spruce Street, 3rd Floor, Cedarhurst, New York 11516, on Wednesday and Thursday, May 22 and 23 from 8:00 a.m. to 5:00 p.m. for the purposes of continuing to clean out his office.  Mr. Barkany was previously granted permission for this request, however he needs additional time to completely vacate the office.  The landlord has granted him an extension until Friday, May 24, 2013 to vacate the premises.

    Additionally, Mr. Barkany would like to request the Court's permission for a standing order to leave his home for the purposes of getting a haircut approximately every four weeks.  He was advised by the Pretrial Services EM Unit that he needs a court order before they can grant such requests.

    I have contacted AUSA Christopher Caffarone regarding the requests.  He takes no position.

    Thank you in advance for your time and consideration.

                            BARKET, MARION, EPSTEIN & KEARON, LLP

                  By:    /s/    Bruce A. Barket
                        Bruce A. Barket, Esq.
                        666 Old Country Road, 7th Floor
                        Garden City, NY 11530
                        (516) 745-1500

cc:    AUSA Christopher Caffarone (via ECF)
        Christina M. Bourque (via electronic mail)