# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law

666 Old Country Road, Suite 700 • Garden City, New York 11530

[P] 516.745.1500 • [F] 516.745.1245

| | |
|---|---|
| Bruce A. Barket | Steven B. Epstein |
| Amy B. Marion | Kevin T. Kearon |
| Donna Aldea | |
| Aida Ferrer Leisenring | Of Counsel |
| | Hon. Elaine Jackson Stack |
| | Daniel N. Arshack |

June 17, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

> Re:     United States v. Gershon Barkany
>          Docket No.: 13-MJ-280

Dear Judge Tomlinson:

I am writing on behalf of Gershon Barkany, to request that the conditions of his release be amended temporarily.

Mr. Barkany's wife was discharged from North Shore University Hospital on Sunday, June 16, 2013.  Mrs. Barkany had a very complicated pregnancy that resulted in a cesarean section delivery.  The operation, as well as several other medical issues took a toll on Mrs. Barkany and as a result she was prescribed very strong sedatives and has been placed on strict bed rest for the next two weeks.   Mrs. Barkany will be unable to take care of or assist in any of her usual daily responsibilities during this time frame.

Mr. Barkany is requesting that the conditions of his release be amended for the next two weeks in order for him to be able to properly care for his family.  Mr. Barkany is requesting permission to be allowed to have an open window between 8:40am and 5:40pm, during the next two weeks, in which he can run errands (drug store, supermarket, etc.), drop off and pick up his older daughter from daycare, and take both his older and newborn daughters to their doctor appointments this week.  These are all things his wife usually does but is unable to do for the next two weeks.

I have contacted AUSA Christopher Caffarone and Pretrial Services regarding the request.  Mr. Caffarone consents to Mr. Barkany's request; Pretrial Services takes no position.

Thank you in advance for your time and consideration.

BARKET, MARION, EPSTEIN & KEARON, LLP

By:      /s/     Bruce A. Barket

Bruce A. Barket, Esq.
666 Old Country Road, 7th Floor
Garden City, NY 11530
(516) 745-1500

cc:      AUSA Christopher Caffarone (via ECF)
Christina M. Bourque – (electronic mail)