AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

EASTERN DISTRICT OF NEW YORK

FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
JUN 25 2013
LONG ISLAND OFFICE

UNITED STATES OF AMERICA

V.

GERSHON BARKANY

**WAIVER OF INDICTMENT**

CASE NUMBER: 13 CR 362 (LDW)

I, GERSHON BARKANY, the above named defendant, who is accused of 18 U.S.C. §§ 981(a)(1)(c), 1343 and 3551 et seq.; T. 21, U.S.C. § 853(p); T. 28 § 2461(c)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 25, 2013 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
Bruce A. Barket

Before _____
Judicial Officer