```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA

        -against-                          ORDER OF REFERRAL

Gershon Barkany                            13-CR-0362(LDW)(ARL)

------------------------------------X
```

FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 25 2013 ★
LONG ISLAND OFFICE

WEXLER, Senior District Judge:

The above-referenced criminal case is hereby referred to **Magistrate Judge Arlene R. Lindsay** for the following purpose(s):

__X__   To conduct an arraignment on the information, to appoint C.J.A. counsel (if appropriate), and to rule on any bail applications.

__X__   Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

_____   With consent of the parties as indicated below, to select a jury of twelve with two alternates.

                                    SO ORDERED:

                                    /s/ Leonard D. Wexler
                                    _____
                                    Leonard D. Wexler
                                    Senior U.S.D.J.

Dated: CENTRAL ISLIP, NEW YORK
       June 25, 2013

Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the district court judge assigned rather than the magistrate judge will act.

Defendant: _____

Counsel: _____
Bruce A. Barket

A.U.S.A.: _____

SO ORDERED:

_____
**Arlene R. Lindsay**
**U.S.M.J.**

Dated: Central Islip, New York
       June 25, 2013