BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: 6/25/2013  
TIME ON: 2:15  
TIME OFF: 3:15

Case No. 13 CR 362 (LDW)            Courtroom Deputy: Robert Imrie

Criminal Cause for   Arraignment

Defendant: Gershon Barkany  
    Present X    Not Present___    In Custody___    On Bail/Bond X

Attorney: Bruce Barket            Ret'd X    CJA___    LAS___

AUSA: Christopher Caffarone

Interpreter:

ESR: 2:15 - 3:15

X  Case Called        X  Counsel for all sides present.  
X  Arraignment Held.  
X  Defendant Pleads Not Guilty to: the Information  
___ Order Setting Conditions of Release and Bond entered.   ___ Special Conditions Apply.  
___ Order of Detention entered.  
___ Temporary Order of Detention entered.  
___ Probation Notified.  

Next Court appearance scheduled for _____

NOTES: The defendant waived his right to an indictment and consents to the filing of an information. The bond set in the underlying MJ case is continued. The defendant waives his right to a speedy trial from 6/25/2013 through 7/29/2013.