BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: June 26, 2013  
TIME ON: 11:45  
TIME OFF: 3:45

Case No. 13CR 362 (LDW)

Courtroom Deputy: Robert Imrie

Criminal Cause for PLEADING

Defendant: GERSHON BARKANY (SWORN)  
Present X   Not Present ___   In Custody ___   On Bail/Bond X

Attorney: BRUCE BARKET   Ret'd X   CJA ___   LAS ___  
AUSA: CHRISTOPHER CAFFARONE

Interpreter: —

ESR: 11:49-12:51; 12:56-1:17; 2:39-3:34

FILED  
U.S. IN CLERK'S OFFICE  
DISTRICT COURT E.D.N.Y.  
★ JUN 26 2013 ★  
LONG ISLAND OFFICE

X Case Called    X Counsel for all sides present.  
___ Arraignment Held.  
X Defendant Pleads Guilty ~~Not Guilty~~ to: THE INFORMATION  
X Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.  
___ Order of Detention entered.  
___ Temporary Order of Detention entered.  
X Probation Notified.  
Next Court appearance scheduled for _____.

NOTES: THE DEFENDANT WITHDRAWS HIS PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY. THE DEFENDANT WAIVES HIS RIGHT TO PLEA BEFORE THE DISTRICT JUDGE AND CONSENTS TO PLEA BEFORE THE MAGISTRATE. FOR THE REASONS PLACED ON THE RECORD THIS COURT REPORTS AND RECOMMENDS TO DISTRICT JUDGE WEXLER THAT THE PLEA BE ACCEPTED. THE COURT HAS ENTERED A NEW BOND.

(TRANSCRIPT ORDERED)