# Barket, Marion, Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710

[Send all mail to Garden City address]

Bruce A. Barket  
Amy B. Marion  
Donna Aldea

Aida Ferrer Leisenring  
Alexander R. Klein

Steven B. Epstein  
Kevin T. Kearon

OF COUNSEL  
Hon. Elaine Jackson Stack  
Daniel N. Arshack

August 27, 2013

**via ELECTRONIC FILING**  
Magistrate Judge A. Kathleen Tomlinson  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, N.Y. 11722

Re: United States v. Gershon Barkany  
<u>Docket No.: 13-CR-362</u>

Dear Judge Tomlinson:

I am writing on behalf of Gershon Barkany, to request permission to extend his curfew in order for him to attend a special prayer service in advance of the upcoming holiday. The details are as follows:

Saturday, August 31, 2013, 11:30 pm until Sunday, September 1, 2013, 1:45 am, at the Congregation Anshei Chesed: 1170 William Street Hewlett, NY 11557. Mr. Barkany requires an additional 20 minute before and after the service for travel time.

I have contacted AUSA Christopher Caffarone and Pretrial Services regarding the request. Mr. Caffarone consents to Mr. Barkany's request; Pretrial Services takes no position.

Thank you in advance for your time and consideration.

BARKET, MARION, EPSTEIN & KEARON, LLP

By: /s/ Bruce A. Barket  
Bruce A. Barket, Esq.  
666 Old Country Road, 7th Floor  
Garden City, NY 11530  
(516) 745-1500

cc: AUSA Christopher Caffarone (via ECF)  
Christina M. Bourque – (electronic mail)