# Barket, Marion, Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700
Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710
New York, New York 10019
[P] 212.972.1710

[Send all mail to Garden City address]

Bruce A. Barket
Amy B. Marion
Donna Aldea

Aida Ferrer Leisenring
Alexander R. Klein

Steven B. Epstein
Kevin T. Kearon

OF COUNSEL
Hon. Elaine Jackson Stack
Daniel N. Arshack

September 6, 2013

**via ELECTRONIC FILING**
Magistrate Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

        Re:    United States v. Gershon Barkany
                Docket No.: 13-CR-362

Dear Judge Lindsay:

     I am writing to request permission for our client Gershon Barkany to spend the upcoming religious holiday of Sukkot and the subsequent Sabbath at the home of his in-laws, who are sureties on his bond, at 14 Sands Point Road, Monsey, New York 10952. The holiday begins at sundown on Wednesday, September 18, 2013, and ends at sundown on Friday, September 27, 2013, which is also the start of the Sabbath. Due to the fact that Mr. Barkany cannot travel during the Sabbath, he will return home on Sunday, September 29, 2013. Mr. Barkany will be living by his current conditions and restrictions during his stay in Monsey.

     I have contacted Pretrial services and AUSA Christopher Caffarone regarding the requests. Mr. Caffarone has no objection to the request; PSO Christina Bourque takes no position.

     Thank you in advance for your time and consideration.

                              BARKET, MARION, EPSTEIN & KEARON, LLP

                              By:    /s/   Bruce A. Barket
                                    Bruce A. Barket, Esq.
                                    666 Old Country Road, 7th Floor
                                    Garden City, NY 11530

cc:    AUSA Christopher Caffarone (via ECF)
        Christina M. Bourque – (electronic mail)