# Barket Marion Epstein & Kearon, LLP

### Attorneys at Law

666 Old Country Road, Suite 700
Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

www.barketmarion.com

5 Columbus Circle, Suite 710
New York, New York 10019
[P] 212.972.1710
[Send mail to Garden City]

Bruce A. Barket
bbarket@barketmarion.com

December 2, 2013

**via ELECTRONIC FILING**
Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

> Re:   United States v. Gershon Barkany
>       Docket No.: 13-CR-362

Dear Judge Wexler:

Please allow this letter to supplement our request for a modification of bail conditions.

In furtherance of that request, it is worth noting that since the bail conditions on Mr. Barkany were initially imposed, he has made approximately $850,000 in restitution payments directly to the victims.  The reason for the bail modification is specifically to allow Mr. Barkany to continue repaying his victims as fast and comprehensively as possible.  He has fully complied with all of the bail conditions and he is cooperating with the government to account for the losses.  Once again, he makes this request with the government's approval.

Respectfully submitted,

BARKET, MARION, EPSTEIN & KEARON, LLP

By:        /s/    Bruce A. Barket
           Bruce A. Barket, Esq.
           666 Old Country Road, 7th Floor
           Garden City, NY 11530

cc:    AUSA Christopher Caffarone (via ECF)
       Christina M. Bourque – (electronic mail)