# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** January 8, 2014
**TIME:** 11:15 to 11:25 (10 Mins.)

**DOCKET:** 13-CR-0362 (LDW)(ARL)
**TITLE:** USA v. Barkany

**APPEARANCES:**
- **Gershon Barkany (deft # 1)**
  - Present
  - On Bond
  - Represented by **Bruce A. Barket (Retained)**

- United States of America
  - Represented by **Christopher Caffarone, AUSA**

- Probation:        **Steven S. Guttman**

- Court Reporter:   **Stephanie Picozzi**

- Courtroom Deputy: Eric L. Russo

---------------------------------------------------------------

✓ Case called.

✓ Defendant appears with counsel.

✓ Conference held regarding the preparation of the Presentence Investigation Report.

✓ Case adjourned to **July 8, 2014 at 11:00 AM** for further status conference.

✓ Defendant's bail conditions continue.

✓ Proceedings concluded.