# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700　　　　　　　　　　　　　5 Columbus Circle, Suite 710
Garden City, New York 11530　　　　　　　　　　　　　　New York, New York 10019
[P] 516.745.1500 • [F] 516.745.1245　　　　　　　　　　　[P] 212.972.1710
　　　　　　　　　　　　　　　www.barketmarion.com　　　　[Send mail to Garden City]

Bruce A. Barket
bbarket@barketmarion.com

February 7, 2014

**via ELECTRONIC FILING**
Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

　　　　　　　　Re:　United States v. Gershon Barkany
　　　　　　　　　　　Docket No.: 13-CR-362

Dear Judge Wexler:

　　　As you are aware, this firm represents Gershon Barkany ("the defendant") in the above-captioned matter. We are writing to request permission for Mr. Barkany to travel to Texas for the purposes of taking an investor on a tour of the oil fields they have invested in. Mr. Barkany is proposing leaving this Sunday, February 9, 2014 and returning no later than Tuesday, February 11, 2014. We apologize for the late request; the investor only requested this tour on Wednesday evening. We immediately emailed Mr. Caffarone and Pretrial on Thursday morning but unfortunately we did not hear back from pretrial until today.

　　　I have contacted Pretrial services and AUSA Christopher Caffarone regarding the request. Mr. Caffarone does not object to this request. We are still waiting to hear back from PSO Anna Lee regarding her final position. However due to the timing of the request I thought it would be best to get this letter filed as soon as possible.

　　　Thank you in advance for your time and consideration.

　　　　　　　　　　　　　　　　BARKET, MARION, EPSTEIN & KEARON, LLP

　　　　　　　　　　　　　　By:　　　/s/　 Bruce A. Barket
　　　　　　　　　　　　　　　　　Bruce A. Barket, Esq.
　　　　　　　　　　　　　　　　　666 Old Country Road, 7th Floor
　　　　　　　　　　　　　　　　　Garden City, NY 11530

cc:　AUSA Christopher Caffarone (via ECF)
　　　PSO Anna Lee – (electronic mail)