UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

GERSHON BARKANY,

                Defendant.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★  MAR 10 2014  ★

LONG ISLAND OFFICE

ORDER

13-CR-00362 (LDW)(ARL)

      Upon application of Bruce A. Barket, counsel for the Defendant, and with the consent of AUSA Christopher Caffarone and PSO Anna Lee,

      IT IS HEREBY ORDERED that the defendant is allowed to travel to Florida and Texas for business purposes only;

      IT IS FURTHER ORDERED that the defendant must notify US Pre-Trial Services department at least one (1) business day prior to the day of travel;

      IT IS FURTHER ORDERED that a court order will only be required if the defendant requests to travel outside of those areas and the areas stated in the original Order Setting Conditions of Release and Bond.

Dated: ~~February~~ March 10, 2014
       Central Islip, New York

                                  SO ORDERED:

                                  s/ Leonard D. Wexler
                                  HON. LEONARD D. WEXLER