# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245  

www.barketmarion.com

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710  
[Send mail to Garden City]

Bruce A. Barket  
bbarket@barketmarion.com

March 28, 2014

**via ELECTRONIC FILING**  
Honorable Leonard D. Wexler  
United States District Court  
Eastern District of New York  
814 Federal Plaza  
Central Islip, N.Y. 11722-4451

                Re:     United States v. Gershon Barkany  
                       Docket No.: 13-CR-362

Dear Judge Wexler:

      I am writing to request permission for our client Gershon Barkany to spend the upcoming religious holiday of Passover at the home of his in-laws, who are sureties on his bond, at 14 Sands Point Road, Monsey, New York 10952. The holiday begins the evening of Monday, April 14, 2014, and ends the night of Tuesday, April 22, 2014. Mr. Barkany would be leaving his home at 12:30pm on Monday, April 14, 2014, and returning on Wednesday, April 23, 2014.

      The reason that Mr. Barkany is requesting to spend the holiday at his in-laws' home their home is not large enough to accommodate the family that will be present for the holiday.

      Mr. Barkany will continue to follow the conditions of his bail and he will be able to stay in contact with pretrial through a landline telephone at times when he is able to use the phone in accordance with Jewish custom.

      I have contacted AUSA Christopher Caffarone and PSO Anna Lee regarding the request and they have both consented.

Thank you in advance for your time and consideration.

                BARKET, MARION, EPSTEIN & KEARON, LLP

           By:  /s/  Bruce A. Barket
               Bruce A. Barket, Esq.
               666 Old Country Road, 7th Floor
               Garden City, NY 11530
               (516) 745-1500

cc:  AUSA Christopher Caffarone (via ECF)
    Anna Lee – (via Electronic Mail)