# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700　　　　　　　　　　　　　　　5 Columbus Circle, Suite 710
Garden City, New York 11530　　　　　　　　　　　　　　　　New York, New York 10019
[P] 516.745.1500 • [F] 516.745.1245　　　　　　　　　　　　　　[P] 212.972.1710
　　　　　　　　　　www.barketmarion.com　　　　　　　　　[Send mail to Garden City]

Bruce A. Barket
bbarket@barketmarion.com

March 28, 2014

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ MAR 31 2014 ★
LONG ISLAND OFFICE

**via ELECTRONIC FILING**
Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

　　　　　　　　Re:　United States v. Gershon Barkany
　　　　　　　　　　　<u>Docket No.: 13-CR-362</u>

Dear Judge Wexler:

　　　I am writing to request permission for our client Gershon Barkany to spend the upcoming religious holiday of Passover at the home of his in-laws, who are sureties on his bond, at 14 Sands Point Road, Monsey, New York 10952. The holiday begins the evening of Monday, April 14, 2014, and ends the night of Tuesday, April 22, 2014. Mr. Barkany would be leaving his home at 12:30pm on Monday, April 14, 2014, and returning on Wednesday, April 23, 2014.

　　　The reason that Mr. Barkany is requesting to spend the holiday at his in-laws' home their home is not large enough to accommodate the family that will be present for the holiday.

　　　Mr. Barkany will continue to follow the conditions of his bail and he will be able to stay in contact with pretrial through a landline telephone at times when he is able to use the phone in accordance with Jewish custom.

　　　I have contacted AUSA Christopher Caffarone and PSO Anna Lee regarding the request and they have both consented.

Thank you in advance for your time and consideration.

>BARKET, MARION, EPSTEIN & KEARON, LLP
>
>By:    /s/   Bruce A. Barket
>Bruce A. Barket, Esq.
>666 Old Country Road, 7th Floor
>Garden City, NY 11530
>(516) 745-1500

cc: AUSA Christopher Caffarone (via ECF)
     Anna Lee – (via Electronic Mail)

```
SO ORDERED.

Dated: Central Islip, N.Y.

            3/31/ 20 14
       s/ Leonard D. Wexler
          Leonard D. Wexler
          U.S. District Judge
```