# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700
Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

www.barketmarion.com

5 Columbus Circle, Suite 710
New York, New York 10019
[P] 212.972.1710
[Send mail to Garden City]

Bruce A. Barket
bbarket@barketmarion.com

June 26, 2014

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 30 2014 ★

LONG ISLAND OFFICE

<u>via ELECTRONIC FILING</u>
Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

        Re:    United States v. Gershon Barkany
              <u>Docket No.: 13-CR-362</u>

Dear Judge Wexler:

    As you are aware, this firm represents Gershon Barkany ("the defendant") in the above-captioned matter. We are writing to request permission for Mr. Barkany to travel to California one day next week with 24 hour notice to Pretrial. Mr. Barkany will not know the exact details of his travel until some point next week. Unfortunately, we cannot predict when these requests by investors will be made.

    I have contacted Pretrial services and AUSA Christopher Caffarone regarding the request. Both have consented to this request.

    Thank you in advance for your time and consideration.

                      BARKET, MARION, EPSTEIN & KEARON, LLP

                By:    /s/   Bruce A. Barket
                      Bruce A. Barket, Esq.
                      666 Old Country Road, 7th Floor
                      Garden City, NY 11530

cc:    AUSA Christopher Caffarone (via ECF)
        PSO Anna Lee – (electronic mail)

*[Handwritten: Denied subject to more information. L.D.W. 6/30/14]*

**SO ORDERED.**
Dated: Central Islip, N.Y.
_____ 20__

Leonard D. Wexler
U.S. District Judge