

Attorneys & Counselors

Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Allen C. Wasserman
Direct Telephone: 212-812-8306
Direct Fax: 212-812-8366
awasserman@lockelord.com

August 13, 2014

BY ECF

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   United States of America v. Gershon Barkany, No. 13-CR-00362

Dear Judge Wexler:

In connection with the upcoming conference in the above-referenced matter on Thursday, August 14th, I am writing to apprise the Court of subsequent developments since my partner, Shalom Jacob, wrote to the Court on June 30, 2014 (the " June 30 Letter").

My understanding is that at the last conference the Court directed that the U.S. Attorney's Office investigate the assertions contained in the June 30 Letter. Since then, we have fully cooperated with, and responded to, all requests for information from the Government.

We have also been in contact with counsel for Mr. Barkany, who has expressed Mr. Barkany's interest in continuing to work cooperatively with my firm in conjunction with his efforts to make restitution.  My clients have, as reflected in the June 30 Letter, been consistent in their desire to work cooperatively with Barkany and that position remains unchanged. While we stand by the factual statements contained in the June 30 Letter, Mr. Barkany's counsel has advised us that he is prepared to meet expeditiously to resolve the issues that we have raised.  We welcome this approach and the opportunity to meet with Mr. Barkany and have no objection to Mr. Barkany continuing in his efforts towards making restitution through legal means.

Very truly yours,

Allen C. Wasserman

ACW:tlt