

**Locke Lord** LLP

Attorneys & Counselors

Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Allen C. Wasserman
Direct Telephone: 212-812-8306
Direct Fax: 212-812-8366
awasserman@lockelord.com

September 18, 2014

BY ECF

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   United States of America v. Gershon Barkany, No. 13-CR-00362

Dear Judge Wexler:

In connection with the upcoming conference in the above-referenced matter on Monday, September 22, 2014, I am writing to apprise the Court of subsequent developments with respect to Mr. Barkany.

We have had several further communications with Mr. Barkany's counsel, Michael Jannuzi, who has expressed Mr. Barkany's continuing interest in working cooperatively with my firm in conjunction with his efforts to make restitution. As we have previously informed the Court, my clients have been consistent in their desire to work cooperatively with Mr. Barkany and that position remains unchanged. We welcome this approach and have no objection to Mr. Barkany continuing in his efforts towards making restitution through legal means.

Respectfully submitted,

Allen C. Wasserman

ACW:ma

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

NY:1005193/00001:771992v1