# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245  

www.barketmarion.com

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710  
[Send mail to Garden City]

Bruce A. Barket  
bbarket@barketmarion.com

March 23, 2015

**via ELECTRONIC FILING**
Honorable Leonard D. Wexler  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, N.Y. 11722-4451  

              Re:     United States v. Gershon Barkany  
                     Docket No.: 13-CR-362

Dear Judge Wexler:

    I am writing to request permission for our client Gershon Barkany to observe the Passover holiday at the home of his in-laws, who are sureties on his bond, at 14 Sands Point Road, Monsey, New York 10952. With the Court's permission, Mr. Barkany would leave his home on Thursday, April 2, 2015, after 6:00am and return before 2:00am on April 13, 2015. Mr. Barkany will be living by his current conditions and restrictions during his stay in Monsey.

    I have contacted Pretrial services and AUSA Christopher Caffarone regarding the requests. They have no objection to this request.

    Thank you in advance for your time and consideration.

                                    BARKET, MARION, EPSTEIN & KEARON, LLP

                              By:    /s/   Bruce A. Barket  
                                      Bruce A. Barket, Esq.  
                                      666 Old Country Road, 7th Floor  
                                      Garden City, NY 11530

cc:    AUSA Christopher Caffarone (via ECF)  
        Anna Lee (electronic mail)