# CRIMINAL CAUSE FOR BOND REVOCATION HEARING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** April 23, 2015
**TIME:** 12:20 to 12:25, 1:00 to 1:15 (20 Mins.)

**DOCKET:** 13-CR-0362 (LDW)(ARL)
**TITLE:** USA v. Barkany

**APPEARANCES:**
- **Gershon Barkany (deft # 1)**
  - Present
  - On Bond
  - Represented by **Bruce A. Barket (Retained) and Michael Jannuzzi (Retained/Bankruptcy)**

- United States of America
  - Represented by **Christopher Caffarone, AUSA**

- Pretrial Services: **Christina Bourque**

- Court Reporter: **Mary Ann Steiger**

- Courtroom Deputy: Eric L. Russo

---

✓ Case called.

✓ Bond Revocation Hearing held.

✓ The Court's decision is reserved as to Government's motion to revoke defendant's bond and issue a permanent Order of Detention.

✓ Further hearing set for **May 6, 2015 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓ Defendant's current bond conditions continue.

✓ Proceedings concluded.