# CRIMINAL CAUSE FOR MOTION HEARING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** June 11, 2015
**TIME:** 2:20 to 2:30 (10 Mins.)

**DOCKET:** 13-CR-0362 (LDW)(ARL)
**TITLE:** USA v. Barkany

**APPEARANCES:**
- **Gershon Barkany (deft # 1)**
  - Present
  - In Custody
  - Represented by **Michael Jannuzzi (Retained/Bankruptcy) and Bruce A. Barket (Retained)**

- United States of America
  - Represented by **Christopher Caffarone, AUSA**

- Pre-Trial Services: **Christina Bourque**

- Court Reporter: **Perry Auerbach**

- Courtroom Deputy: Eric L. Russo

---

✓ Case called.

✓ Hearing held as to Defendant's Motion for Reconsideration of Bail Revocation filed on 6/9/2015 (see docket entry [94]).

✓ Defendant's motion is hereby **DENIED**.

✓ Amended Order of Detention executed.

✓ On consent of all parties, Sentencing is hereby adjourned to **July 8, 2015 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓ Defendant remanded to the custody of the US Marshal Service.

✓ Proceedings concluded.