# Barket Marion Epstein & Kearon, LLP
## Attorneys at Law

666 Old Country Road, Suite 700　　　　　　　　　　　　　　　5 Columbus Circle, Suite 710
Garden City, New York 11530　　　　　　　　　　　　　　　　　New York, New York 10019
[P] 516.745.1500 • [F] 516.745.1245　　　　　　　　　　　　　　[P] 212.972.1710
　　　　　　　　　　　　www.barketmarion.com　　　　　　　　　[Send mail to Garden City]

Bruce A. Barket
bbarket@barketmarion.com

August 17, 2015

**via ELECTRONIC FILING**
Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722-4451

　　　　　　　　Re:　　United States v. Gershon Barkany
　　　　　　　　　　　　Docket No.: 13-CR-362

Dear Judge Wexler:

　　　　As Your Honor is aware, we represent Gershon Barkany in connection with the above-referenced matter. I am writing, with the consent of AUSA Christopher Caffarone, to request an adjournment of the sentencing that is currently scheduled for Thursday, August 20, 2015, at 11:00 AM, to Wednesday, October 21, 2015.

　　　　Thank you in advance for your courtesy and accommodation.

　　　　　　　　　　　　　　　　　BARKET, MARION, EPSTEIN & KEARON, LLP

　　　　　　　　　　　　By:　　　/s/　　Bruce A. Barket
　　　　　　　　　　　　　　　　Bruce A. Barket, Esq.
　　　　　　　　　　　　　　　　666 Old Country Road, 7th Floor
　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　(516) 745-1500

cc:　　AUSA Christopher Caffarone (via ECF)
　　　　Anna Lee – (via Electronic Mail)