

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC
F. #2011R00917

*610 Federal Plaza*
*Central Islip, New York 11722*

February 29, 2016

<u>By ECF and Hand</u>

The Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    <u>United States v. Gershon Barkany</u>
              <u>Criminal Docket No. 13-CR-362 (LDW)</u>

Dear Judge Wexler:

      The government writes to ask the Court to adjourn the sentencing in the above-referenced case, which is presently scheduled for March 3, 2016, for two reasons. First, the government has met with the defendant on numerous occasions in an effort to perform an accounting of the monies that he took from investors, which, hopefully, will narrow (or eliminate) the Guidelines and restitution disputes between the parties. The parties need another meeting or two to complete this review. Second, the undersigned AUSA is scheduled to start a 4-week trial next week before the Honorable Joanna Seybert and cannot meet with the defendant to discuss the aforementioned issues until the completion of the trial. Accordingly, the government respectfully asks the Court to adjourn the sentencing until late-April 2016. Counsel for the defendant consents to this adjournment.

                                Respectfully submitted,

                                ROBERT L. CAPERS
                                United States Attorney

                By:       /s/
                                Christopher C. Caffarone
                                Assistant U.S. Attorney
                                (631) 715-7868

CC:    Bruce Barket, Esq. (By ECF)