UNITED STATES DISRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                    **NOTICE OF APPEARANCE**
                                                                      Docket No.:     13-CR-362

     -against-

GERSHON BARKANY,

                            Defendant.
-----------------------------------------------------------------X

SIR:

     PLEASE TAKE NOTICE that ALEXANDER R. KLEIN, ESQ. hereby does appear in the above-entitled action and that the firm BARKET MARION EPSTEIN & KEARON, LLP, is still retained as attorney for Gershon Barkany, the Defendant herein.  Undersigned counsel respectfully requests that an additional copy of all notices and other papers in this proceeding be served upon him at the address stated below.

Dated:       June 14, 2016
                Garden City, New York

                                      BARKET, MARION, EPSTEIN & KEARON, LLP

                        By:            /s/ ark
                              Alexander R. Klein, Esq.
                              666 Old Country Road, Suite 700
                              Garden City, NY 11530
                              (516) 745-1500
                              aklein@barketmarion.com